DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIE DANIEL,**
Appellant,

v.

**MERIDIAN COMMERICAL DEVELOPMENT, LLC., CONSOLIDATED COMMUNITY MANAGEMENT INC., BONAIRE VILLAGE AT WOODMONT NO. 1, INC.,** and **BONAIRE VILLAGE HOMEOWNERS ASSOCIATION INC.,**
Appellees.

No. 4D2025-1563

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062023CA014664AXXXCE.

Morgan Lyle Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Megan Roth and Mark Rocco Antonelli of Fowler White Burnett, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***